**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **HANNAH BELL, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 1:24-CV-190 SNLJ** |
| | ) | |
| **THE TOWNSEND CORPORATION** | ) | |
| **OF INDIANA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on defendant The Townsend Corporation of Indiana's filing of its Corporate Disclosure Statement [Doc. 19].  Section 2 of the Corporate Disclosure Statement requires the "name and citizenship of every individual or entity whose citizenship is attributed to that party…, including all members, sub-members, general and limited partners, and corporations."  Defendant is an LLC.  The Eighth Circuit has held that unincorporated entities such as LLCs are citizens of every state of which any member is a citizen.  *See GMAC Commercial Credit, LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004).

The defendant LLC's sole member is an LLC.  That sole member's sole member is also an LLC, and that sole member has an LLC—Townsend Acquisition Parent, LLC—as its sole member, as well.

1

Townsend Acquisition Parent, LLC, has eight members.   Four members are corporations, and their states of citizenship (Indiana and Kentucky) are properly listed. However, there are two individual members, and their states of residence are listed, not their states of citizenship.   Alleging residence is insufficient for purposes of determining whether diversity jurisdiction exists.   *See Reece v. Bank of New York Mellon*, 760 F.3d 771, 777-78 (8th Cir. 2014).   Finally, two members are themselves LLCs—Townsend Acquisition Management Aggregator, LLC, and WEP Townsend Investment, LLC. The citizenships of those two LLCs have not been listed.

Accordingly,

**IT IS HEREBY ORDERED** that, by December 31, 2024, defendant shall file an amended Corporate Disclosure Statement that accurately and completely lists the citizenship of its members.


Dated this   16th   day of December, 2024 .


_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE